**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-1784**

WANDA LETANG,

        Plaintiff - Appellant,

    v.

ROBERT L. WILKIE, JR.; DEPARTMENT OF VETERANS AFFAIRS AGENCY

        Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:18-cv-00095-GMG)

Submitted:  January 14, 2020                Decided:  January 21, 2020

Before GREGORY, Chief Judge, and DIAZ and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wanda Letang, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda Letang appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B) (2018).  We have reviewed the record and find no reversible error.  Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court.  *Letang v. Wilkie*, No. 3:18-cv-00095-GMG (N.D. W. Va. July 9, 2019).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
